| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Koeltl, John G | 2. Court or Organization<br><br>U.S.D.C. Southern District-NY | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 Pearl St. Room 1030<br>New York,New York 10007-1581 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 6: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2007 K-1 NOT YET AVAILABLE) | $ 500.00 |
| 2. 2007 | NEW YORK UNIVERSITY - TEACHING | $ 10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Int'l Bar Assoc | May 23 - 25, 2007 | Rome, Italy | ABA/ IBA Conference | Transportation, Lodging, Meals |
| 2. | Federal Bar Council | Oct 12 -14, 2007 | Lenox, Ma. | 2007 Fall Bench/Bar Mtg | Lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  COCA COLA - COMMON | A | Dividend | | | Sell | 05/01 | L | F | |
| 2.  JOHNSON & JOHNSON - COMMON | C | Dividend | M | T | Contrib | 12/17 | J | C | Regis HS - Donee |
| 3.  PFIZER INC. - COMMON | C | Dividend | L | T | | | | | |
| 4.  ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | M | T | | | | | |
| 5.  AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUND | C | Dividend | L | T | Buy | 12/31 | J | | |
| 6.  MFS VALUE FUND CL B - MUTUAL FUND | D | Dividend | L | T | Buy | 12/31 | J | | |
| 7.  CALAMOS GROWTH FUND CL C -MUTUAL FUND | | None | | | Sell | 06/11 | L | | |
| 8.  VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 9.  ALLIANZ OCC VALUE FUND CL C - MUTUAL FUND | D | Dividend | K | T | | | | | |
| 10.  ALLIANZ CCM CAP. APPREC. FUND CL B - MUTUAL FUND | E | Dividend | M | T | Partial Sale | 07/17 | L | D | |
| 11. | | | | | Buy | 12/31 | K | | |
| 12.  PIMCO EMERGING MKTS BOND FUND CL C - MUTUAL FUND | A | Dividend | | | Sell | 01/31 | M | | |
| 13.  AMERICAN GROWTH FUND OF AMERICA CL C - MUTUAL FUND | C | Dividend | L | T | Buy | 07/17 | L | | |
| 14.  COHEN & STEERS INT'L REALTY CL C - MUTUAL FUND | B | Dividend | M | T | Buy | 01/31 | M | | |
| 15. | | | | | Buy | 12/31 | J | | |
| 16.  FEDERATED KAUFMANN FUND CL C - MUTUAL FUND | D | Dividend | L | T | Buy | 06/11 | L | | |
| 17. | | | | | Buy | 12/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | C | Dividend | L | T | Partial Sale | VAR | L | | Net Decrease To MM Fund |
| 19. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | K | T | | | | | |
| 20. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | K | T | | | | | |
| 21. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 22. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | B | Interest | K | T | Partial Sale | 10/25 | J | | |
| 23. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | | | | | |
| 25. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | B | Interest | K | T | Partial Sale | 11/15 | J | A | |
| 26. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | K | T | | | | | |
| 27. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | C | Interest | L | T | | | | | |
| 28. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 29. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 30. N.Y. STATE SER B BOND 5.25% DUE 08/01/20 | C | Interest | | | Sell | 08/01 | J | B | |
| 31. | | | | | Sell | 10/01 | K | C | |
| 32. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | B | Interest | L | T | | | | | |
| 33. N.Y. STATE SER F BOND 5% DUE 08/01/23 | B | Interest | K | T | | | | | |
| 34. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |
| 36. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 37. NEW YORK CITY MUN WTR BOND 5.125% DUE 06/15/21 | B | Interest | | | Sell | 11/26 | K | A | |
| 38. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 39. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 40. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | | | | | |
| 41. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | K | T | | | | | |
| 42. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | M | T | | | | | |
| 43. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 44. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 45. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | B | Interest | K | T | | | | | |
| 46. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 47. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 48. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 49. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | C | Interest | L | T | | | | | |
| 50. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | L | T | | | | | |
| 51. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 05/01/23 | C | Interest | L | T | | | | | |
| 53. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | L | T | | | | | |
| 54. SUFFOLK CTY BOND 4.125% DUE 11/01/21 | | None | L | T | Buy | 11/05 | L | | |
| 55. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | | None | K | T | Buy | 09/10 | K | | |
| 56. ST. LAWRENCE CTY BOND 4.25% DUE 05/15/28 | | None | K | T | Buy | 05/07 | L | | |
| 57. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 58. MERRILL LYNCH (IRA ACCOUNT) - ML BANK CASH ACCOUNT (X) | A | Interest | J | T | | | | | |
| 59. MERRILL LYNCH (IRA ACCOUNT) - ALLIANZ OCC VALUE FUND CL C | C | Dividend | J | T | | | | | |
| 60. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT (X) | B | Interest | M | T | | | | | |
| 61. MERRILL LYNCH (IRA ROLLOVER) - AIM INT'L FUND | F | Dividend | M | T | Partial Sale | 06/13 | K | E | |
| 62. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND | | None | L | T | | | | | |
| 63. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL A | C | Dividend | N | T | Partial Sale | 06/13 | M | E | Formerly CL B |
| 64. | | | | | Buy | 12/31 | J | | |
| 65. MERRILL LYNCH (IRA ROLLOVER) - ALLIANZ OCC VALUE FUND CL C | E | Dividend | M | T | Buy | 12/31 | K | | |
| 66. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L EQUITY FUND CL B | D | Dividend | L | T | | | | | |
| 67. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLB | D | Dividend | M | T | | | | | |
| 68. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BUILDER FUND CL B | E | Dividend | N | T | Buy | 12/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 14 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH (IRA ROLLOVER) - CALAMOS GROWTH FUND CL C | | None | | | Sell | 06/11 | L | D | |
| 70. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM NEW VALUE FUND CL B | | None | | | Sell | 01/31 | L | D | |
| 71. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | D | Dividend | L | T | Buy | 12/31 | J | | |
| 72. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER DEV MKTS FUND CLC | | None | | | Sell | 06/11 | M | E | |
| 73. MERRILL LYNCH (IRA ROLLOVER) - AMER. GWTH FUND OF AMER CL C | C | Dividend | L | T | Buy | 01/31 | L | | |
| 74. | | | | | Buy | 12/31 | J | | |
| 75. MERRILL LYNCH (IRA ROLLOVER) - FED. KAUFMANN FUND CL C | D | Dividend | M | T | Buy | 06/11 | M | | |
| 76. | | | | | Buy | 12/31 | J | | |
| 77. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER SELECT VALUE FUND | C | Dividend | M | T | Buy | 06/11 | M | | |
| 78. | | | | | Buy | 12/31 | J | | |
| 79. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER VALUE FUND CL C | D | Dividend | M | T | Buy | 06/11 | M | | |
| 80. | | | | | Buy | 12/31 | J | | |
| 81. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | SEE | PART III | J | U | SEE PART VII FOR LIABILITY DISCLOSED DUE TO NEGATIVE CAPITAL BALANCE | | | | |
| 82. US TREASURY DIRECT - US TREASURY NOTES | B | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 83. CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 84. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 82,83 & 84 RELATE TO  A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ████████, AS A CONVENIENCE TO HER. THE ACCOUNTS WERE FUNDED COMPLETELY BY ████████ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO MY LISTED ████ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI ECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544